Commonwealth ex rel. Johansen *v.* Walter et ux.,
Appellants.

Argued December 6, 1972. *Gerald C. Grimaud,* for appellants;
*Daniel H. Jenkins,* for appellee.

Order affirmed.

Commonwealth ex rel. Montagna *v.* Montagna,
Appellant.

Argued December 6, 1972. *Richard L. Raymond,* with
him *Schroeder, Jenkins & Raymond,* for appellant;
*Angelo DiPasqua,* with him *Caine, DiPasqua, Edelson
& Patterson,* for appellee.

Order affirmed.

Cortese, Appellant, *v.* Happe Oldsmobile, Inc.

Argued November 14, 1972. *Daniel M. Berger,*
with him *Berger & Kapetan,* for appellant; *John E.
Kunz,* with him *Raymond H. Conaway,* and *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellee.

Order affirmed.

CERCONE, J., absent.